NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAHRS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1034

---

Appeal from the United States Court of International Trade in case no. 07-CV-0343, Judge Gregory W. Carman.

---

**ON MOTION**

---

**ORDER**

Kahrs International, Inc. moves without opposition for a 30-day extension of time, until May 23, 2012, to file its reply brief.

IT IS ORDERED THAT:

The motion is granted.

For The Court

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael J. Tonsing, Esq.
     Mikki Cottet, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 8 2012

**JAN HORBALY**
**CLERK**